**UNITED STATES DISTRICT COURT**
DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

           APPLICATION AND AFFIDAVIT
3900 16th Street Northwest    FOR SEARCH WARRANT
Apartment 206
Washington, D.C.        CASE NUMBER:

Special Agent Joshua C. Green, being duly sworn depose and say:

I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives and have reason to believe that
on the premises known as (name, description and or location)

3900 16TH STREET NORTHWEST, APARTMENT 206, WASHINGTON, D.C.  (This location is described as an apartment within a yellow/brown brick apartment building with dark brown trim located on the southwest corner of 16th and Shepherd Streets Northwest, Washington, D.C.  The building is labeled "The Crestwood" and the numbers "3900" are marked on a stone wall near the front entrance to the building.  The apartment is labeled "206" on a silver colored door knocker located in the upper center of the door to the apartment.  The apartment door is pink in color with pink trim.  The door has a silver colored doorknob on the left and a gold colored lock above the door.  When facing the apartment door, the door to the right is labeled "207".)

in the District of Columbia, there is now concealed certain property, namely (describe the person or property)

documents, paperwork, records and identification in the name of "L.B." (such as documents and paperwork related to the purchase of a 2007 Mercedes Benz S550, the establishment of fraudulently based credit cards, bank accounts, and cell phone accounts, loan documents and other documents related to fraudulently obtained loans or lines of credit), social security cards, driver's licenses and other government issued identification, bank and credit card statements, mail matter, records of personal identification numbers (PINs), as well as documents related to the ownership, occupancy and/or control of the premises.

Which are (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence and instrumentalities of alleged crime(s): In violation of Title 18, United States Code, Section 1028, and Title 42, United States Code, Section 408.
The facts to support the issuance of a Search Warrant are as follows:

See Affidavit which is incorporated herein for reference, continued on the attached sheet and made a part hereof.

              _____
              Joshua C. Green, Special Agent
              Bureau of Alcohol, Tobacco, Firearms and Explosives
              (Affiant)

Sworn to before me, and subscribed in my presence
_____ at Washington, D.C.

Date and Time Issued

_____        _____
Name and Title of Judicial Officer                          Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT FOR:**

xxxxx xxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxx.

AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT FOR xxxxx.  This location is described as an apartment within a yellow/brown brick apartment building with dark brown trim located on the southwest corner of xxxxxxx.  The building is labeled "The xxxx" and the numbers "xxxx" are marked on a stone wall near the front entrance to the building.  The apartment is labeled "xxx" on a silver colored door knocker located in the upper center of the door to the apartment.  The apartment door is pink in color with pink trim.  The door has a silver colored doorknob on the left and a gold colored lock above the door.  When facing the apartment door, the door to the right is labeled "xxx".

Your affiant, Joshua C. Green, being duly sworn, does depose and state that:

1. Your affiant in this matter is Special Agent Joshua C. Green of the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF).  I am currently assigned to the Washington, D.C. area High Intensity Drug Trafficking Area (HIDTA) Task Force and I have been assigned to the HIDTA Task Force since becoming a Special Agent with the ATF in July of 2000.  Prior to becoming an ATF Special Agent, I was a Special Agent with the former Immigration and Naturalization Service for over five years, the last three of which were in the Washington, D.C. area.  Since becoming a Special Agent with the ATF, I have taken part in numerous narcotics and firearms related investigations involving armed drug traffickers, armed gangs, fugitives and other prohibited persons in possession of firearms, firearms trafficking, and the use of firearms in furtherance of illegal drug trafficking.  In addition, I have attended training related to narcotics and firearms investigations at the Federal Law Enforcement Training Center in Glynco, Georgia and have received additional investigation training related to illegal drug trafficking, criminal conspiracy, and other criminal activities offered by HIDTA.

2. I have participated in the execution of over one hundred and fifty search warrants in the Washington, D.C. metropolitan area, which have resulted in the recovery of firearms and ammunition, illegal drugs and suspected drug packaging material, suspected drug paraphernalia, photographs of individuals with narcotics and firearms, large amounts of U.S. currency, records and documents associated with drug trafficking, and documentary evidence indicative of ownership and/or control of a premises and/or vehicle.  I have also seen recovered fraudulently created identification, documents and identification in alias names or bearing a photograph of a known subject with a different name and/or identifiers, and documents and identification belonging to unrelated individuals.  Individuals involved in criminal activity such as drug dealing keep documents and

identification in fictitious names or aliases in order to conduct business, such as renting an apartment or conducting financial transactions, without having to use their real names. These documents or identification bearing fictitious information can assist the criminal element in concealing their true identity or delay identification if encountered by law enforcement.

3. During my years in law enforcement I have acquired some knowledge about identity theft and the use of another's identifiers in a fraudulent manner. This knowledge has in part come from my own experiences, but I have also learned about identity theft and fraudulent use of identification from others with expertise and experience in the field such as agents and officers of the U.S. Secret Service, the Bureau of Immigration and Customs Enforcement, the Federal Bureau of Investigation, the U.S. Mint Police, and the Metropolitan Police Department. I know that individuals involved in identity theft obtain identifiers (names, dates of birth and social security numbers) of other people in order to commit various types of fraud related crimes. Such crimes include, but are not limited to, theft by deception, credit card fraud, bank fraud, and completing fraudulent applications for credit cards or lines of credit or to purchase goods using the identifiers of a person with good credit. In addition, the criminal element will use another person's identifiers, thereby committing what is commonly referred to as identity theft, to conceal their own true identity when committing various acts such as applying for loans, establishing bank or other accounts, purchasing vehicles or property, or to identify themselves when encountered by law enforcement officers. Subjects who are fugitives from justice may use another person's identifiers in order to avoid positive identification by law enforcement and their ultimate apprehension. When the criminal element engages in any type of identity theft there may be a "paper trial" created, namely there are documents, paperwork, or identification cards created or produced in the process of undertaking any of the aforementioned criminal activities. These documents, paperwork, or identification cards are then kept by the criminal element in order to be used in the continuance of ongoing criminal activity or to be used in further or additional fraud in the future, and are kept in a secure location such as a residence to prevent discovery by law enforcement personnel.

4. As this affidavit is being prepared for the limited purpose of obtaining a search warrant for the premises noted, it is not intended to include each and every fact observed by your affiant, other law enforcement officers, or known to the government. This affidavit is submitted with only those facts necessary to support probable cause for this application.

**SUMMARY OF INVESTIGATION**

5. On November 29, 2007, your affiant and ATF Special Agent Doug Quartetti went to **xxxxxxx.** to speak with the occupant(s). I had previously received information indicating that the location was being used as a center for the distribution of illegal drugs. Employees of the building management company had informed me that there were a number of people coming and going from the apartment, particularly during the evening and night, which would be consistent with any location used to sell illegal drugs. In

addition, a known occupant of the apartment, identified as Dawn Thompson (aka: Dawn Simmons and Tina Basil), has a history of drug related arrests and was convicted of felony Attempted Possession With Intent to Distribute Cocaine in Washington, D.C. Lastly, statements made by a male occupant of the apartment to an ATF Confidential Informant indicated that he was involved in illegal drug trafficking.

6. At **xxxxxxxx.**, ATF Special Agent Quartetti and I met with and interviewed Dawn Thompson regarding her relationship to another known drug dealer who was arrested by the ATF in October, 2007. During this interview, Ms. Thompson initially stated that her son was in the apartment bedroom. Later Ms. Thompson admitted that it was her boyfriend, Marcus Williams, who was in the bedroom. We asked to speak with him and engaged in a short conversation about his knowledge of drug activities being committed by the third party. Mr. Williams said that he had stayed in **xxxxxxxx.** periodically for the last five years. When I asked him to identify himself, he stated he was Marcus Williams, his date of birth was xx xx xxxx, and his Social Security Number was xxx-xx-xxxx. We thanked both individuals for their assistance and departed.

7. Research was conducted by your affiant and, using AutoTrack, a computer database which cross references vast amounts of data and records, I found that the Social Security Number xxx-xx-xxxx is associated with another individual, hereby known as "L.B.". (In order to not victimize an individual whose identity was previously stolen, I will only put that person's initials in place of their name.) On November 29, 2007, I placed a telephone call to the apartment and spoke with Ms. Thompson. I informed her that the Social Security Number provided to me by Mr. Williams did not seem to be his. She did not know his Social Security Number but did provide me with a new date of birth for Mr. Williams as xx xx xxxx. This newly provided date of birth is the same date of birth as "L.B." I then conducted research using a number of law enforcement databases, including DMV records, NCIC and MPD criminal records, and Autotrack, but could not find any record of Marcus Williams with either dates of birth in the Washington, D.C. area. Based on my training and experience I believe that Marcus Williams is an alias and he used the personal identifiers of "L.B." to hide his true identity.

8. On November 30, 2007, I learned that "L.B." had been the victim of identity theft and that his personal information has been used to carry out fraud in the Washington, D.C. area. Specifically, in March, 2006, a known drug trafficker identified as Corey Douglas, along with a co-conspirator believed to be an individual identified as Antwan Spuill, purchased a 2007 Mercedes Benz S550 for $99,935.25 in Bethesda, Maryland. This transaction, and an accompanying loan application to finance $90,000.00 of the cost of the vehicle, was carried out by a person who identified himself as "L.B." and provided the date of birth and Social Security Number of "L.B." While Corey Douglas has been arrested and is pending a plea and sentencing in Washington, D.C. for charges related to drug trafficking and identity theft, his co-conspirator Antwan Spuill, has not been arrested. In fact, Antwan Spuill is a fugitive from justice and is wanted out of Prince George's County, Maryland, for multiple counts of assault in the first and second degree.

9. On November 30, 2007, I saw a photograph of Antwan Spuill and it appeared to me that he was the same person I interviewed on November 29, 2007, who identified himself as Marcus Williams. On December 3, 2007, ATF Special Agent Quartetti, who was present during the interview of Marcus Williams, also viewed a photograph of Antwan Spuill and agreed that Antwan Spuill appeared to be the same person who identified himself as Marcus Williams. Antwan Spuill's physical description also matches that of Marcus Williams. Lastly, the date of birth initially provided by Marcus Williams (January, 29, 1976) is the same as that of Antwan Spuill except for the year (January 29, 1975).

10. On December 3, 2007, I spoke with "L.B." who confirmed that his identity had been stolen and has been used without his knowledge or permission to conduct various fraudulent transactions. "L.B." is an Assistant United States Attorney who lives and works in California and has found that his identity was used to obtain credit/purchase cards, establish cell phone accounts, and as stated in Paragraph 8, to purchase a car and apply for a related loan. "L.B." does not know Corey Douglas, Antwan Spuill, or Marcus Williams and has not given any of them permission to use his name or identifiers in any manner.

11. In summary, based on the information contained herein, your affiant believes that the individual who identified himself as Marcus Williams and is currently staying at **xxxxxxxxxxxxxx**, has used and is currently using the identification of another person without that person's knowledge or permission. Furthermore, based on the aforementioned investigation, your affiant's training, personal observations and experience, your affiant has probable cause to believe that this residence contains evidence, instrumentalities and fruits of the offense described as the fraudulent and unlawful use of another person's identification, in violation of Title 18, United States Code, Section 1028, and/or the use and representation of another's Social Security Number, in violation of Title 42, United States Code, Section 408. Your affiant believes that probable cause exists that within **xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx**, there is presently concealed documents, paperwork, records and identification in the name of "L.B.", such as, but not limited to, documents and paperwork related to the purchase of a 2007 Mercedes Benz S550, the establishment of fraudulently based credit cards, bank accounts, and cell phone accounts, loan documents and other documents related to fraudulently obtained loans or lines of credit. In addition, I believe there are concealed social security cards, driver's licenses and other government issued identification, mail matter, records of personal identification numbers (PINs), as well as documents related to the ownership,

occupancy and/or control of the premises. I therefore respectfully request a search warrant be issued for the premises, and locked boxes within the premises, of **xxxxx xxxxxxxxxx**, authorizing the seizure of the aforementioned items and any additional contraband discovered within.

_____
Joshua C. Green
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to and subscribed before me this _____ day of December, 2007.

_____              _____
United States Magistrate Judge                                Name and Title of Judicial Officer
District of Columbia