# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

In the Matter of the Search of

(Name, address or brief description of person or property to be searched)

3900 16th Street Northwest
Apartment 206
Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 0 7 - 6 1 5 - M - 0 1

TO: <u>Special Agent Joshua C. Green</u> and any Authorized Officer of the United States

Affidavit having been made before me by <u>Special Agent Joshua C. Green</u> who has reason to believe that on the premises known as (name, description and or location)

3900 16TH STREET NORTHWEST, APARTMENT 206, WASHINGTON, D C. (This location is described as an apartment within a yellow/brown brick apartment building with dark brown trim located on the southwest corner of 16th and Shepherd Streets Northwest, Washington, D.C. The building is labeled "The Crestwood" and the numbers "3900" are marked on a stone wall near the front entrance to the building. The apartment is labeled "206" on a silver colored door knocker located in the upper center of the door to the apartment. The apartment door is pink in color with pink trim. The door has a silver colored doorknob on the left and a gold colored lock above the door When facing the apartment door, the door to the right is labeled "207")

in the District of Columbia, there is now concealed certain property, namely (describe the person or property)

documents, paperwork, records and identification in the name of "L.B." (such as documents and paperwork related to the purchase of a 2007 Mercedes Benz S550, the establishment of fraudulently based credit cards, bank accounts, and cell phone accounts, loan documents and other documents related to fraudulently obtained loans or lines of credit), social security cards, driver's licenses and other government issued identification, bank and credit card statements, mail matter, records of personal identification numbers (PINs), as well as documents related to the ownership, occupancy and/or control of the premises.

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is now concealed on premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _12/14/07_
Date

the place named above for the property specified, serving this warrant and making the search in the daytime (6:00 A.M. to 10:00 P.M.) and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to the U.S. Magistrate Judge, as required by law.

**DEC 04 2007** at Washington, D.C.

Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
_____
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| December 4, 2007 | December 7, 2007   9:35 a.m. | Left on Premises |

INVENTORY MADE IN THE PRESENCE OF    ATF Special Agents Green, Oliver, Smith and Quartetti

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Suspected drug paraphernalia

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X _____

Subscribed, sworn to, and returned before me this date.

FILED

DEC 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____        _____
U S Judge or Magistrate                                    Date